

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Reynaldo Morales v. Travelers Indemnity Co. of Connecticut

Appellate case number:   01-21-00549-CV

Trial court case number: 2013-54065

Trial court:             165th District Court of Harris County

Appellant, Reynaldo Morales, has filed a motion for rehearing.

After due consideration, the Court denies the motion for rehearing.

It is so ORDERED.

Judge's signature: ___Justice Richard Hightower_____
                    ☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Hightower, Countiss, and Guerra.

Date: __June 21, 2022_____